No. 94–9200. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9203. WANG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–9221. OLIVAS-RIVERA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9229. ROSA BEHETY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9237. RAMIRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9285. BRENNAN *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1569. TEXAS *v.* RILEY. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1749. JONES ET AL. *v.* NATIONAL FOOTBALL LEAGUE ET AL.; and
No. 94–1750. DUSBABEK ET AL. *v.* NATIONAL FOOTBALL LEAGUE ET AL. C. A. 8th Cir. Motion of Public Citizen Inc. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–8270. PETERKIN *v.* PENNSYLVANIA. Sup. Ct. Pa. Motion of petitioner for leave to amend the petition for writ of certiorari granted. Certiorari denied.